**In the Matter of Scott M. KLEIN.**

**No. 475 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 22, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of January, 1999, a Rule having been entered by this Court on November 24, 1998, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Scott M. Klein to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute; Scott M. Klein is placed on temporary

---

12. At the PCRA hearing, Appellant requested that the court provide funds for an independent analysis of the bullet. Appellant argues that the court abused its discretion in denying this request. Having found trial counsel's decision not to pursue an independent analysis to have been reasonable, we find no abuse of discretion on the part of the PCRA court. Appellant's claim fails.

13. The Prothonotary of the Supreme Court is directed to transmit the complete record of this case to the Governor of Pennsylvania. *See* 42 Pa.C.S. § 9711(i).

suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.